**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF GEORGIA**

**SAVANNAH DIVISION**

FILED
U.S. DIST. COURT
SAVANNAH DIV.

2007 AUG 16 ☐ 10: 30

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR407-167 |
| | ) | |
| DOROTHY STALLWORTH, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Counsel in the above-captioned case have advised the Court that all pretrial motions have been complied with and/or that all matters raised in the parties' motions have been resolved by agreement. Therefore, all pretrial motions are hereby moot, and a hearing in this case is deemed unnecessary.

SO ORDERED, this _16TH_ day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA